**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02816-RBJ-KLM

TAHIRAH LOVE,

       Plaintiff,

v.

WEST ASSET MANAGEMENT, INC., a Delaware corporation,

       Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

       THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

       DATED this 4th day of December, 2012.

                                    BY THE COURT:

                                    */s/ Brooke Jackson*

                                    R. Brooke Jackson
                                    United States District Judge